UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUMAR FISHER,<br><br>        Petitioner,<br><br>        v.<br><br>FRANCISCO JACQUEZ, WARDEN,<br><br>        Respondent. | CASE NO. CV 11-4170-JSL (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:   June 2, 2011.

*/s/ Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\MagJ170.wpd